# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **JESSICA MARIE GOMEZ** | ) | Case No.  13-3367 |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **JESSICA MARIE GOMEZ**, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21 U.S.C. § 846: Conspiracy;

Count 43: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C): Possession With Intent to Distribute a Mixture and Substance Containing Methamphetamine; 18 U.S.C. § 2: Aiding and Abetting;

Count 42: 21 U.S.C. § 843(b): Use of a Communication Facility to Further the Commission of a Drug Trafficking Crime; 18 U.S.C. § 2: Aiding and Abetting.

Date: 10/16/13

*Issuing officer's signature*

City and state: Las Cruces, New Mexico

Matthew J. Dykman, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 10-18-13, and the person was arrested on *(date)* 11-4-13 at *(city and state)* Imperial CA.

Date: 11-8-13

*Arresting officer's signature*

Amy Bithymer, SA
*Printed name and title*